

**JONES LAW FIRM**                P.O. Box 44188 Madison, WI 53744-4188

Attorney William Richard Jones      (ph) 608·628·0598      (fax) 608·514-9003            bill@billjoneslawfirm.com

March 6. 2026

**Via Electronic Filing**
Magistrate Judge Anita Marie Boor
US District Ct. Western District of Wisconsin
P.O. Box 591
Madison, WI 53701-0591

              **Re:**    **U.S. v. James Dubois**
                      **25-cr-63**

Dear Judge Boor:

      I am writing in response to the Court's Order Docketed as #300. As mentioned during the Status Conference, Mr. Dubois does not oppose the proposed change in trial date, does not take a position on whether the matter should be tried once as a group or broken up into multiple trials, and remains prepared to participate in a trial beginning April 13 as currently scheduled.

      Mr. Dubois recently received a proposed plea agreement that I will discuss with him today. It has a short turnaround to accept or reject so the court will know very soon if a trial will be necessary for him.

                                                                   Sincerely,
                                                                  JONES LAW FIRM
                                                                    /s
                                                                William R. Jones