IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.

JAMES L. DUBOIS,                          Case No: 25-cr-63-wmc-8

Defendant.

---

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

GREETINGS:

WE COMMAND YOU, that you have the body of

JAMES L. DUBOIS,

now detained in the Dane County Jail, under safe and secure conduct at Room 250, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing on March 11, 2026, at 1:00pm, for the purpose of a Plea Hearing and for any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this 9th day of March, 2026.

JOEL TURNER, Clerk
United States District Court
Western District of Wisconsin

By: _____
Clerk